HENRY KETELTAS, as Trustee, etc., Respondent, v. ROBERT M. GILMOUR, Appellant.

APPEAL from order directing service of bill of particulars.

*P. Q. & F. L. Eckerson*, for appellants.

*Edward P. Schell*, for respondent.

MCCARTHY, J.   This is an appeal from an order directing the defendant to serve a bill of particulars of the counter-claim set forth in his answer.

I think the same was within the sound discretion of the court and was properly allowed.

The order is, therefore, affirmed, with costs.

EHRLICH, Ch. J., concurs.
Order affirmed, with costs.

---

AUGUSTUS G. MOYER, Respondent, v. JOHN J. GORMAN, as Sheriff, Appellant.

APPEAL from judgment in favor of plaintiff.

*William E. Stillings*, for appellant.

*James Kearney*, for respondent.

MCCARTHY, J.   I cannot find any reason to change this judgment.

The evidence is sufficient to sustain it.

Judgment is, therefore, affirmed, with costs.

EHRLICH, Ch. J., concurs.
Judgment affirmed, with costs.